IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AARON DeROO,

    Petitioner,

v.

CAROL HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-95-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent, dismissing the petition for a writ of habeas corpus for petitioner's failure to show that he is in custody in violation of the Constitution or laws of the United States.

_____      3/18/10
Peter Oppeneer, Clerk of Court          Date